Terry Bell, Esq., SBN 094868
tbellesq@legalsolutions.mobi
1000 Church Street Unit 201
Elgin, SC 29045
Tele: 619.363.5326
Fax:   888.477.5386
Counsel for Defendant
Kathleen Jordahl

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an Individual,<br><br>          Plaintiff,<br><br>     v.<br><br>JON D. JORDAHL, an individual; KATHLEEN A. JORDAHL, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendant(s) | Case NO.  2:20-cv-06033-RGK-JP<br><br>**Declaration of Kathleen Jordahl in Support of her Motion to Dismiss**<br><br>Judge:       Hon. R. Gary Klausner<br>Courtroom:      850<br>Hearing date:    September 21, 2020<br>Hearing time:    9:00 a.m.<br><br>**Pursuant to Local Rule 7-15 Counsel for Defendant request the Court dispense with oral argument** |

DECLARATION OF KATHLEEN J. JORDAHL IN SUPPORT OF HER MOTION TO QUASH SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

　　　I, Kathleen J. Jordahl, declare:

1. I am a named defendant in this action. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could competently testify to these facts. I submit this declaration in support of my Motion to Quash Service and Dismiss for insufficient Service of Process.

2. I became aware of the action on August 5, 2020, by an email sent to me by Mr. Jon Jordahl wherein he requested a monetary contribution to the legal fees to defend this action.

3. Mr. Jordalh and I are legally separated. Our court ordered separation agreement removes me from monetary or any maintenance responsibility to the commercial property cited in the complaint.

4. I have no office, business or any other physical relation with 7215 Camelia Ave North Hollywood CA 91605.

5. Plaintiff has made no attempt to obtain personal service on me at my residence.

6. Attached as Exhibit "A" is a true and correct copy of the Proof of Service of the Summons and Complaint filed by Plaintiff as Document 15.

7. I, Kathleen Jordahl have not been served in this action, nor by this motion appeared in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of August, 2020 at Los Angeles, California.

*Kathleen Jordahl*
Kathleen J. Jordahl