Terry Bell, Esq., SBN 094868
tbellesq@legalsolutions.mobi
1000 Church Street Unit 201
Elgin, SC 29045
Tele: 619.363.5326
Fax: 888.477.5386
Counsel for Defendant
Kathleen Jordahl

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>JON D. JORDAHL, an individual; KATHLEEN A. JORDAHL, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | Case NO. 2:20-cv-06033-RGK-JP<br><br>**Declaration of Terry Bell in Support of Defendant Kathleen Jordahl's Motion to Dismiss**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br>Hearing date: September 21, 2020<br>Hearing time: 9:00 a.m.<br><br>**Pursuant to Local Rule 7-15 Counsel for Defendant request the Court dispense with oral argument** |

DECLARATION OF TERRY BELL IN SUPPORT OF KATHLEEN J. JORDAHL'S MOTION TO QUASH SERVICE AND DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

I, Terry Bell, declare:

1. I am an attorney licensed in California and before this court. I am engaged by the defendant Kathleen Jordahl. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could competently testify to these facts. I submit this declaration in support of Kathleen J. Jordahl's Motion to Quash Service and Dismiss for insufficient Service of Process.

2. At the direction of Kathleen Jordahl, on August 06, 2020, I emailed the Plaintiff's attorney, Mr. Osman M. Taher, to inquire if settlement negotiations could resolve the matter.

3. Mr. Taher responded he would be available on August 10, 2020, to discuss the action.

4. On August 07, 2020, I advised Mr. Taher via email that the service of process on defendant Kathleen J. Jordahl was deficient, and that she has no relationship with the address used for the substituted service of process.

5. On August 10, 2020, Mr. Taher emailed me that he was tied up in court and would reschedule the telephonic discussion of the action.

6. Counsel for plaintiff and the named defendants under privilege conducted a telephonic conference regarding settlement and service of process on August 13, 2020.

7. At the time Defendants counsel were negotiating for a monetary and remedial settlement we were not aware the Court had dismissed the State Claims.

8. I sent an email to Plaintiffs legal counsel on August 17, 2020, requesting the Plaintiff dismiss the remaining ADA claim against Kathleen J. Jordalh. Plaintiff's attorney, Mr. Taher failed to respond.

9. I resided out of state and my client Kathleen Jordahl is confined to a nursing home for special care and daily medications. It is not practical nor advisable for me to appear in person during the pandemic.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August, 2020 at Elgin, South Caroline.

_____
Terry Bell