JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JON D. JORDAHL, an individual; KATHLEEN A. JORDAHL, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2-20-cv-06033-RGK-JPR<br><br>[~~PROPOSED~~] **ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Jon D. Jordahl ("Defendant"), the Court hereby enters a dismissal with prejudice

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear its own costs and fees.

      IT IS SO ORDERED.

DATED: January 29, 2021

_____
UNITED STATES DISTRICT JUDGE